NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Joshua H.  Watson, SBN 238058
CLAYEO C. ARNOLD, PLC
865 Howe Avenue
Sacramento, CA  95825
Email:  jwatson@justice4you.com
Tel:  (916) 777-7777

ATTORNEY(S) FOR:  Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AKI BERRY, CHERYL HAYTON,
TIFFANY SCHEFFER

Plaintiff(s),

v.

LULAROE, LLC d/b/a LuLaRoe, a California
Limited Liability Company, LLR, Inc., a Wyoming
Corporation, and DOES 1 through 100, inclusive

Defendant(s)

CASE NUMBER:

**CERTIFICATION  AND  NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs AKI BERRY, CHERYL HAYTON, TIFFANY SCHEFFER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiffs AKI BERRY, CHERYL HAYTON, TIFFANY SCHEFFER | Plaintiffs and putative class representatives |
| LULAROE, LLC d/b/a LuLaRoe, a California Limited Liability Company, LLR, Inc., a Wyoming Corporation, and DOES 1 through 100, inclusive | Defendants |
| Persons who participated as independent sales consultants to LuLaRoe, a multilevel marketing company selling clothes | Class Members |

October   23, 2017
Date

/s/ Joshua H. Watson
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs