Name and address:
CLAYEO C. ARNOLD, APC
JOSHUA H. WATSON (SBN 238058)
jwatson@justice4you.com
111 W. Ocean Blvd., 4th Floor
Long Beach, CA 90802

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKI BERRY, CHERYL HAYTON, and TIFFANY SCHEFFER<br><br>Plaintiff(s),<br><br>v.<br><br>LULAROE, LLC d/b/a LuLaRoe,<br><br>Defendant(s), | CASE NUMBER<br><br>5:17-cv-02176<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Yanchunis, John A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Morgan & Morgan Complex Litigation Group
*Firm/Agency Name*

201 N. Franklin Street, 7th Floor          813-275-5272                  813-275-9295
*Street Address*                            *Telephone Number*            *Fax Number*

Tampa, FL 33602                             ivanchunis@forthepeople.com
*City, State, Zip Code*                     *E-mail Address*

**I have been retained to represent the following parties:**

| | |
|---|---|
| AKI BERRY, and CHERYL HAYTON | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |
| TIFFANY SCHEFFER | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Florida State Court | 07/23/1981 | Yes |
| U.S. District Court S.D. Fla. | 04/09/2004 | Yes |
| U.S. District Court M.D. Fla. | 12/03/1982 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:14-cv-09493-JFW | Annita Emerson v. Toyota Motor North America, In | 06/20/2014 | Granted |
| 2:15-cv-00820-MWF | Samantha Kirby v. Anthem, Inc. et al | 02/18/2015 | Granted |
| 2:15-cv-01801-PSG | Jonathan Retta et al v. Millennium Products, Inc. | 10/14/2016 | Granted |
| 2:16-cv-03557-FMO | Jason Lewis et al v. Green Dot Corporation | 06/13/2016 | Granted |
| 5:16-cv-00577-DMG | Frank Varela v. Lamps Plus, Inc. | 04/25/2016 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None.

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   October 2, 2017

John A. Yanchunis
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Watson, Joshua H.
*Designee's Name (Last Name, First Name & Middle Initial)*

Clayeo C. Arnold, APC
*Firm/Agency Name*

111 W. Ocean Blvd., 4th Floor
*Street Address*

Long Beach, CA 90802
*City, State, Zip Code*

562-516-8270
*Telephone Number*

jwatson@justice4you.com
*E-mail Address*

238058
*Designee's California State Bar Number*

916-924-1829
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  11/3/17

Joshua H. Watson
*Designee's Name (please type or print)*

/s/ JHW
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts of admission:
U.S. District Court N.D. Ill., Admitted on 03/20/2007, active member in good standing


Additional cases in which pro hac vice was granted:
8:15-cv-01500-DOC, United States of America et al v. James Lee Hilaski et al, Application date: 10/07/2015
8:15-cv-01592-AG, In Re Experian Data Breach Litigation, Application date: 01/07/2016
8:16-cv-00593-BRO, Michelle Resnick et al v. Hyundai Motor America, Inc. et al, Application date: 02/03/2017
5:16-cv-01471-JGB, Roger Coffelt, Jr. v The Kroger Co., et al, Granted: 10/31/17



Concerning Office Locations:
Joshua H. Watson of Clayeo C Arnold APC operates from two offices. One is the downtown Long Beach office indicated above. The other is at 865 Howe Ave, Sacramento, CA 95825. Mr. Watson has family ties to Long Beach, has used the Long Beach office for over a year, and regularly litigates in the greater Los Angeles area in both State and Federal courts.



# The Florida Bar
651 East Jefferson Street
Tallahassee, FL 32399-2300

John F. Harkness, Jr.
Executive Director

Joshua E. Doyle
Executive Director Designate

State of Florida  )

County of Leon  )

In Re:  324681
John Allen Yanchunis
Morgan & Morgan Complex Litigation Group
201 N. Franklin St., Fl. 7
Tampa, FL 33602-5157

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 23, 1981.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _____ day of October, 2017.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/LJ:kstu1:R10