JOSHUA H. WATSON, SBN 238058
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA  95825
Telephone: (916) 777-7777
Attorneys for Plaintiffs Berry, Hayton, Scheffer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKI BERRY, CHERYL HAYTON, TIFFANY SCHEFFER,<br><br>Plaintiff(s),<br>v.<br>LULAROE, LLC d/b/a LuLaRoe, a California Limited Liability Company, LLR, Inc., a Wyoming Corporation, and DOES 1 through 100 inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02176-AB-SHK<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. Without prejudice

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| January 12, 2018 | /s/ Joshua H. Watson |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

| | |
|---|---|
| CV-09 (03/10) | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |